**Opinion issued July 14, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-22-00269-CR

————————————

### IN RE JUAN REYES, JR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Juan Reyes, Jr., incarcerated and proceeding pro se, has filed a petition for writ of mandamus, seeking an order to compel the trial court to rule on a pending motion.[1]

We deny the mandamus petition.  *See* TEX. R. APP. P. 52.8(a).

---

[1]   The underlying case is *The State of Texas v. Juan Ryes, Jr.*, cause number 1313736, pending in the 184th District Court of Harris County, Texas, the Honorable Abigail Anastasio presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Do not publish. *See* TEX. R. APP. P. 47.2(b).